UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:13CR53-17

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FRANKIE WAYNE BLEVINS ) | |
| _____ ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of this Court, hereby grants the Government's Motion To Dismiss, (Doc. #333) the above-captioned Bill of Indictment as to Defendant, FRANKIE WAYNE BLEVINS, without prejudice. Moreover, the Defendant filed a Motion To Withdraw Plea of Guilty (Doc.#332), in this matter, which the Court will **GRANT**.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, and the United States Attorney's Office.

Signed: November 25, 2014

Richard L. Voorhees
United States District Judge